_____

No. 96-1295WM

_____

United States of America,          *
                                   *
                Appellee,           *      Appeal from the United States
                                   *      District Court for the Western
       v.                           *      District of Missouri.
                                   *
Larry C. Whitmore,                 *      [UNPUBLISHED]
                                   *
                Appellant.          *

_____

Submitted:  September 10, 1996

Filed:  September 19, 1996

_____

Before FAGG, HEANEY, and MURPHY, Circuit Judges.

_____


PER CURIAM.


     Larry C. Whitmore challenges the sufficiency of the evidence to
support his convictions for possession with intent to distribute
methamphetamine and possession with intent to distribute marijuana.
Contrary to Whitmore's view, the record contains strong evidence of
Whitmore's guilt.  Discussion of the fact-based issues presented by this
appeal will serve no useful purpose.  We thus affirm Whitmore's
convictions.  See 8th Cir. R. 47B.


     A true copy.


       Attest:


           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.